UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND DELGADILLO, an individual,<br><br>    Plaintiff,<br><br>              -against-<br><br>NEDERLANDER ORGANIZATION, INC.,<br>A New Jersey corporation,<br><br>    Defendant. | Case No. 1:18-cv-10254 |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Desmond Delgadillo, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Nederlander Organization, Inc.

Dated: December 4, 2018                                   Respectfully submitted,

                                                                              **DANNLAW**

                                                                              */s/ Javier L. Merino*
                                                                              Javier L. Merino, Esq.
                                                                              1 Meadowlands Plaza, Suite 200
                                                                              East Rutherford, NJ 07073
                                                                              Main Office (216) 373-0539
                                                                              Fax (216) 373-0536
                                                                              jmerino@dannlaw.com
                                                                              disabilitynotices@dannlaw.com
                                                                              *Attorneys for Plaintiff Desmond Delgadillo*